**IT IS SO ORDERED.**

**SIGNED THIS: May 19, 2020**

_____
**Thomas L. Perkins
United States Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | |
| I80 Equipment, LLC | ) | CASE NO. 17-81749 |
| | ) | Chapter 7 |
| Debtor | ) | |
| _____ | ) | |
| Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC | ) | |
| Plaintiff, | ) | Adversary No. 19-8129 |
| v. | ) | |
| J.P. Rentals, LLC | ) | |
| Defendant | ) | |

### DEFAULT JUDGMENT

This matter coming to be heard on the Motion for Default Judgment ("Motion") filed

herein on February 24, 2020 (Doc. 10) by Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC against J.P. Rentals, LLC ("Defendant"), following notice and hearing on May 18, 2020, and Defendant's counsel's appearance having been withdrawn at said hearing, and the Court being fully advised:

The Court hereby finds the Defendant to be in default.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC upon Counts I, II and V of the Complaint for the sum of $2,140,283.21.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC upon Counts III and IV of the Complaint for the sum of $2,130,891.86.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC upon Counts VI and VII of the Complaint as follows:

The Fraudulent Transfers in the amount of $1,500,869.72 are avoided.

The Fraudulent Obligations, including but not limited to the Debtor's obligation to pay the December Rent in the amount of $9,391.35, are avoided.

Judgment is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC for the sum of $1,500,869.72.

The said transfers are preserved for the benefit of this Estate.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K.

Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC upon Count VIII of the Complaint.  Property held by J.P. Rentals, LLC having a value up to $2,140,283.21 is hereby declared to be held in a constructive and/or resulting trust for the benefit of Plaintiff.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC upon Count IX of the Complaint as follows:

The transfers in the amount of $724,821.75 are avoided.

Judgment is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC for the sum of $724,821.75.

The said transfers are preserved for the benefit of this Estate.

**IT IS HEREBY ORDERED** that judgment by default is entered in favor of Plaintiff, Jeana K. Reinbold, solely as Chapter 7 Trustee of the Estate of I80 Equipment, LLC and against the Defendant, J.P. Rentals, LLC for costs of $350.00.

###